UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EUGENE FRAZIER and WILLIAM GONZALEZ, )
                                                     )       **PROOF OF SERVICE**
                    Plaintiffs,    )
                                                     )       **ECF CASE**
  -against-                              )

THE CITY OF NEW YORK; NEW YORK CITY  )
POLICE DETECTIVE GEORGE HENGES, Shield )
No. 06287; JOHN DOES and RICHARD ROES  )
                                                   )       **08 Civ. 3472 (JGK)(JCF)**
                   Defendants.    )
-------------------------------------------------------------X

STATE OF NEW YORK   )
                             SS:
COUNTY OF NEW YORK )

     I, Jessica Singer, hereby affirm under the penalties of perjury:

     I am not a party to this action, I am over 18 years of age and I am employed at the Law Office of Jeffrey Rothman; 315 Broadway, Suite 200; New York, New York, 10007.

     On May 2, 2008, approximately 12:15 p.m., at the Organized Crime Control Board, Room 1310, 1 Police Plaza, New York, NY 10038, I served the Summons and Complaint upon DETECTIVE GEORGE HENGES, Shield No. 06287, a defendant therein named by personally delivering and leaving at his place of business a true copy or copies of the aforementioned documents with Lieutenant McGann, a person of suitable age and discretion who accepted the papers on his behalf. On May 2, 2008, I then mailed a copy of the aforementioned documents to DETECTIVE GEORGE HENGES, Shield No. 06287, a defendant therein named, at the Organized Crime Control Board, Room 1310, 1 Police Plaza, New York, NY 10038, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person served.

                                                                                  May 2, 2008

                                                                                  Jessica Singer

STATE OF New York   )
                             :SS
COUNTY OF New York )

On this 2nd day of May, 2008, before me personally came Jessica Singer, to me known and known to me to be the individual described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same.

_____
NOTARY PUBLIC

JEFFREY A. ROTHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RO6104562
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 26, 2012