UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EUGENE FRAZIER and WILLIAM GONZALEZ, )
                                    )        **PROOF OF SERVICE**
                Plaintiffs,         )
                                    )        **ECF CASE**
    -against-                       )
                                    )
THE CITY OF NEW YORK; NEW YORK CITY )
POLICE DETECTIVE GEORGE HENGES, Shield )
No. 06287; JOHN DOES and RICHARD ROES )
                                    )        **08 Civ. 3472 (JGK)(JCF)**
                Defendants.         )
-------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

    I, Jessica Singer, hereby affirm under the penalties of perjury:

    I am not a party to this action, I am over 18 years of age and I am employed at the Law Office of Jeffrey Rothman; 315 Broadway, Suite 200; New York, New York, 10007.

    On April 10, 2008, approximately 2:40 p.m., at the New York City Law Department, 100 Church Street, New York, NY 10007, I served the Summons and Complaint upon the CITY OF NEW YORK, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Jerry Bradshaw, a Deputy Unit Chief authorized to accept service.

April 10, 2008

_Jessica Singer_

STATE OF _New York_   )
                      :SS
COUNTY OF _New York_  )

    On this _10th_ day of _April_, 2008, before me personally came _Jessica Singer_, to me known and known to me to be the individual described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same.

_____
NOTARY PUBLIC

**JEFFREY A. ROTHMAN**
**NOTARY PUBLIC, STATE OF NEW YORK**
**NO. 02RO6104562**
**QUALIFIED IN NEW YORK COUNTY**
**COMMISSION EXPIRES JANUARY 26, 2012**